Charles L. Post, State Bar No. 160443
Lizbeth V. West, State Bar No. 207137
**Weintraub Genshlea Chediak**
A Law Corporation
400 Capitol Mall, 11th Floors
Sacramento, California  95814
Telephone:  916/558-6000
Facsimile:   916/446-1611
Email:  cpost@weintraub.com
         lwest@weintraub.com

Attorneys for Defendant
Bank of America, N.A.

Paul L. Rein, State Bar No. 43053
Julie A. McLean, State Bar No. 215202
**Law Offices of Paul L. Rein**
200 Lakeside Drive, Ste. A
Oakland, California 94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
Email:  reinlawoffice.com

Attorneys for Plaintiff Steve White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NA; BANK OF AMERICA NT & SA, and Does 1 - 25, Inclusive,<br><br>    Defendants. | Case No.: 3:05-CV-02985-MEJ<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>FRCP 41(a)(1)<br><br>ORDER CLOSING FILE |

Pursuant to FRCP 41(a)(1), Plaintiff Steve White and Defendant Bank of America, NA (erroneously named as Bank of America NT & SA) through their attorneys' undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice, each party to bear their own costs and attorney's fees.

///

{0480/14223/CLP/884205.DOC;}              1                    Stipulation of Dismissal
                                                                3:05-CV-02985-MEJ

Dated: 3/24, 2006

Law Offices of Paul L. Rein

By: *[signature]*
Paul L. Rein, State Bar No. 43053
Attorneys for Plaintiff, Steve White

Dated: 3/23/06, 2006

Weintraub Genshlea Chediak

By: *[signature]*
Charles L. Post,
State Bar No. 160443
Attorneys for Defendant,
Bank of America, N.A.

## ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice. Accordingly, the Clerk of Court shall close the file.

Dated: April 3, 2006

*[seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature — Judge Maria-Elena James]*

United States District Court Judge